JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JIMMY BRUCE RAINES,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN F. SALAZAR, Warden,<br><br>    Respondent. | Case No. EDCV 07-1087-CAS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: February 22, 2008

_Christina A. Snyder_
Christina A. Snyder
United States District Judge