

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JIMMY BRUCE RAINES,                )   Case No.   EDCV 07-1087-CAS  (MLG)
                                   )
            Petitioner,            )     ORDER ACCEPTING AND ADOPTING
                                   )   FINDINGS AND RECOMMENDATIONS OF
        v.                         )   UNITED STATES MAGISTRATE JUDGE
                                   )
JOHN F. SALAZAR, Warden,           )
                                   )
            Respondent.            )
_____)

        Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the
petition and all of the records and files and has conducted a de novo
review of that portion of the Report and Recommendation of the United
States Magistrate Judge to which objections were filed. The Court
accepts and adopts the findings and recommendations in the Report and
Recommendation and orders that judgment be entered dismissing the
petition with prejudice.


Dated:   _February 22, 2008_


                                   _Christina A. Snyder_
                                   Christina A. Snyder
                                   United States District Judge